452 A.2d 63

Commonwealth v. Marciniak, Appellant.

Submitted May 12, 1982. Warren D. Utermahlen, for appellant; Michael E. Weinstein, District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Order affirmed.

MONTEMURO, J., concurred in the result.

452 A.2d 63

Commonwealth v. Mays, Appellant.
Petition for Allowance of Appeal Denied March 24, 1983.

Submitted November 5, 1981. Spencer M. Wertheimer, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.